■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN A. TRUESDELL, Appellant. [54 NYS3d 920]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered October 19, 2015. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a misdemeanor, and aggravated unlicensed operation of a motor vehicle in the first degree.

Now, upon reading and filing the stipulation of discontinuance signed by the defendant on May 8, 2017, and by the attorneys for the parties on May 8 and 12, 2017,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Centra, DeJoseph, NeMoyer and Scudder, JJ.

■ In the Matter of JAMES J. ALFINI, an Attorney, Resignor. [54 NYS3d 921]—Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 21, 2017.)